UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANSARI MOHAMAD and SHAMEENA
MOHAMAD,**

          **Plaintiffs,**

**v.**                              **Case No: 6:18-cv-1386-Orl-41DCI**

**WELLS FARGO BANK, N.A., BROCK
AND SCOTT, PLLC and HSBC BANK
USA,**

          **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Defendant Wells Fargo Bank, N.A.'s Motion to
Dismiss (Doc. 46) and Defendant Brock and Scott, PLLC's Motion to Dismiss (Doc. 64). United
States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 67),
recommending that Wells Fargo Bank, N.A.'s Motion be granted in part and Brock and Scott,
PLLC's Motion be granted. Judge Irick further recommends that Defendant HSBC Bank USA be
dismissed from the case for failure to prosecute. (*Id.* at 23).

After a *de novo* review of the record, and noting that no objections were timely filed, the
Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED**
and **ADJUDGED** as follows:

1.   The Report and Recommendation (Doc. 67) is **ADOPTED** and **CONFIRMED** and
made a part of this Order.

2.   Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Doc. 46) is **GRANTED
in part**.

3. Defendant Brock and Scott, PLLC's Motion to Dismiss (Doc. 64) is **GRANTED**.

4. Counts IV, V, VI, and VII of the Amended Complaint (Doc. 34) are **DISMISSED without prejudice**.

5. Defendant HSBC Bank USA is **DISMISSED without prejudice** for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(d). The Clerk is directed to terminate HSBC Bank USA as a defendant in this matter and amend the case style accordingly.

6. **On or before July 8, 2019**, the parties shall complete mediation.

**DONE** and **ORDERED** in Orlando, Florida on June 10, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record